**Exhibit "4"**





Welcome to the CSG TACTICAL website

We've been in business since 1998 supplying our customers with affordable Tactical Optics, Lights, Lasers, Nightvision and Accessories. Chances are we've already met or conducted business at a PA / MD gun show. We recently added purchasing capabilities directly from the site, or you can simply give us a call 570-898-9775 and we will process your request.

Thanks for Visiting!
Owner~ Jeff Maurer
E-mail - jeff@csgtactical.com

02688

Website Designed by CSG/Jeff Maurer © 2011 at Homestead™ Make a Website for Your Business

[HOME] [SCOPES/DOTS] [LIGHTS/LASERS] [NIGHTVISION] [.177 GUNS] [CONTACT US]



# LIGHTS / LASERS
UPDATED 4/16/12

**FREE USA SHIPPING**

view shopping cart

---

### VECTOR - Cobra Multi Function Vert Grip
*Green Laser <5mw
*LED 200Lum
*Trigger Pull Activation
*CR123A Rechargable Batteries and Charger Included

**Sale Price: $150-**
add to shopping cart



Click to Enlarge

---

### LASERSPEED - Low Profile Red Laser
*Red Laser <5mw
*Pressure switch included
*2-CR1/3N Batteries Included

**Sale Price: $65-**
add to shopping cart



Click to Enlarge

---

### LASERSPEED - Low Profile Green Laser
*Green Laser <5mw
*Pressure switch included
*2-CR1/3N Batteries Included

**Sale Price: $95-**
add to shopping cart



Click to Enlarge

---

### LASERSPEED - IR Dot Sight
*Infared Laser <30mw
*200+yd Range
*Pressure Switch Included
*1-CR2 Battery Included

**Sale Price: $95-**
add to shopping cart



Click to Enlarge

---

### LASERSPEED - Sub-Compact Green Laser
*Green Laser <5mw
*Pressure switch included
*1-CR Battery Included

**Sale Price: $95-**
add to shopping cart



Click to Enlarge

---

### LASERSPEED - IR Dot Sight / Green Laser




*Infared Laser <30mw - 200+yd Range
*Green Laser <5mw
*Pressure Switch Included
*1-AA Battery Included

**Sale Price: $195-**
add to shopping cart



Click to Enlarge

### VECTOR - Magnus Laser Designator
*Green Laser <5mw
*Adjustable Beam - Tight Laser to Wide Cylinder
*Push Button and Pressure Switch included
*CR123A  Battery Included

**Sale Price: $145-**
add to shopping cart



Click to Enlarge

### VECTOR - Pistol Sub-Compact Red Laser
*Red Laser <5mw
*Adjustable Beamr
*Push Button On/Off
*LR41  Batteries Included

**Sale Price: $55-**
add to shopping cart






Click to Enlarge

### AIM SPORTS - Full Size Green Laser
*Green Laser <5mw
*Turret adjustments - Picatinny Mount
*On/Off pressure switch
*CR123A  Battery Included

**Sale Price: $95-**
add to shopping cart



Click to Enlarge

### AIM SPORTS - Quick Connect Light
*LED 150Lum
*Spring Loaded Attachment (No Tools Required)
*Slide Switch On/Off - 3 color filter caps
*CR123A  Battery Included

**Sale Price: $45-**
add to shopping cart



Click to Enlarge

### NEBO - Shotgun Light
*LED 96,000 MCD - Red laser <5mw
*Mounts on vented or plain barrel shotguns
*4 modes: •Light •Laser •Light /Laser •Light Strobe Mode
*Pressure Switch and 3 AAA Batteries Included -

**Sale Price: $45-**
add to shopping cart



Click to Enlarge

### NEBO - Elite Shotgun Light
*LED 110Lum - Red laser <5mw
*Mounts on vented or plain barrel shotguns
*4 modes: •Light •Laser •Light /Laser •Light Strobe Mode
*Pressure Switch and 3 AAA Batteries Included

**Sale Price: $60-**
add to shopping cart



Click to Enlarge

### NEBO - Redline Bike Light
*LED 220lum -110Lum & Strobe Mode
*Quick Release Mount
*Glow in the Dark Switch
*3 AAA Batteries Included

**Sale Price: $35-**





Click to Enlarge

### NEBO - Bike Light
*LED 90,000MCD
*Quick Release Mount
*Shock Proof Housing
*3 AAA Batteries Included

**Sale Price: $15-**



Click to Enlarge

### NEBO - CSI Edge
*LED 50Lum
*Steel Clip - Rubber Grip for Comfort
*Glow in the Dark Button
*AA Battery Included

**Sale Price: $10-**



Click to Enlarge

### NEBO - BlueLine
*LED 130Lum with Strobe and Adjustable Focus
*Steel Clip - Magnetic Base
*Glow in the Dark Button
*AA Battery Included

**Sale Price: $20-**



Click to Enlarge

### NEBO - RedLine
*LED 250Lum with Strobe and 4x Zoom
*Steel Clip - Magnetic Base
*Glow in the Dark Button
*AAA Batteries Included

**Sale Price: $35-**



Click to Enlarge

### NEBO - Chameleon
*LED 140Lum with 4x Zoom (White,Green or Red Settings)
*Steel Clip - Magnetic Base
*Glow in the Dark Button
*AAA Batteries Included

**Sale Price: $35-**



Click to Enlarge

TOP OF PAGE

00285

Website Designed by CSG/Jeff Maurer © 2011 at Homestead™ Make a Website for Your Business